UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:08CR00410 ERW |
| Regina Porter, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge [doc. #184] Terry I. Adelman, pursuant to 28 U.S.C. § 636(b)(1). The Report recommends that Defendant Regina Porter's Motion to Suppress Statements [doc. #119] be denied. The Court notes that no objections were filed to the Report and Recommendation. The Court concludes that the Magistrate Judge's findings were correct, and therefore adopts the Magistrate Judge's findings of facts and conclusions of law.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Regina Porter's Motion to Suppress Statements [doc. #119] is **DENIED.**

Dated this 8th Day of December, 2008.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE